

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00748-CR

Jose A. **RAMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR1157
Honorable Jennifer Peña, Judge Presiding

PER CURIAM

Sitting:     Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             Todd McCray, Justice

Delivered and Filed: January 15, 2025

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On December 18, 2024, appellant filed a motion to dismiss this appeal. The motion is signed by both appellant and his attorney in accordance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). After consideration, we grant the motion and dismiss this appeal. *See id.*

PER CURIAM